**Order entered September 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00364-CV

### IN RE JOEL CHRISTOPHER BARTON, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50662-07**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus by October 11, 2017.

/s/     JASON BOATRIGHT
         JUSTICE